JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL SERVICES OF AMERICA, LP, and UNIVERSAL PROTECTION SERVICE, LP<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED GLOBAL SECURITY SERVICES INC.,<br><br>Defendant. | Case No. 8:21-cv-01429-DOC-JDE<br><br>**ORDER GRANTING PLAINTIFFS' UNIVERSAL SERVICES OF AMERICA, LP AND UNIVERSAL PROTECTION SERVICE, LP'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT ALLIED GLOBAL SECURITY SERVICES INC.**<br><br>*[Filed Concurrently with Plaintiff's Motion for Default Judgment and Declaration of Matthew E. Lewitz in Support of Motion for Entry of Default Judgment Against Defendant]*<br><br>Date:     December 7, 2021<br>Time:    10:00 a.m.<br>Courtroom: 6B<br><br>Complaint Filed: August 31, 2021 |

- 1 -

Upon due consideration of the Plaintiffs' Universal Services of America, LP and Universal Protection Service, LP (collectively, "Plaintiffs") Application for Entry of Default Judgment Against Defendant Allied Global Security Services Inc. ("Defendant") pursuant to Fed. R. Civ. P. 55(b)(2) (the "Application"), and any response thereto, and for good cause shown, it is hereby ORDERED that Plaintiffs' Application is GRANTED.

It is further ORDERED that judgment is entered in favor of Plaintiffs and against Defendant, its officers, directors, agents, employees and all persons in active concert or participation with Defendant who receive actual notice of the injunction, by personal service or otherwise is preliminary and permanently enjoined and restrained from doing, abiding, causing, contributing to, inducing or abetting any of the following:

(a) infringing or contributing to the infringement of Plaintiffs' ALLIED marks;

(b) engaging in any acts or activities directly or indirectly calculated to infringe Plaintiffs' ALLIED marks;

(c) using the term Allied (or any substantially similar variation thereof) in connection with selling, offering for sale, promoting, advertising, marketing or distributing any of Defendant's products or services, including but not limited to using Allied on Defendant's security uniforms, banners, advertisements, marketing materials, social media accounts, websites, or in Defendant's domain names;

(d) using any configuration or design that is confusingly similar to Plaintiffs' ALLIED marks; and

It is further ORDERED that, to the extent not already destroyed or deleted, Defendant deliver to Plaintiffs for destruction, at Defendant's expense, security uniforms, clothing, web site materials, literature, brochures, packaging, signs, promotional materials, advertisements and any other material in the possession or under the control of the Defendant that contain Plaintiffs' ALLIED marks (or similar variations thereof).

**IT IS SO ORDERED.**

Dated: Dec 2, 2021

BY THE COURT:

*David O. Carter*

Honorable David O. Carter
United States District Judge